UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:   CHAPTER 7 CASE

Thomas S Erickson   CASE NO. 10-40160
Denise D Erickson

ORDER

Debtor(s).

_____

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc. as nominee for US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records, IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated August 23, 2005, executed by Thomas S Erickson and Denise D Erickson husband and wife, recorded on October 03, 2005, as Document No. 8665872, covering real estate located in Hennepin County, Minnesota, legally described as follows, to wit:

Lot 1 Block 4 Weaver Lake Knolls according to the recorded plat thereof and situate in Hennepin County Minnesota
And commonly known as 16350 Lake Ridge Dr, Maple Grove, Minnesota 55311-1449

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: April 1, 2010

/e/ Nancy C. Dreher
_____
ChiefJudge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/01/2010*
Lori Vosejpka, Clerk, by KK